UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES FOR THE FLINT PLUMBING AND
PIPEFITTING INDUSTRY HEALTH CARE FUND, et al.,

        Plaintiffs,

                      Case No. 07-CV-14443
vs.                       HON. GEORGE CARAM STEEH

PREMIER PLUMBING & HEATING, INC., et al.,

        Defendant.

_____/

### ORDER GRANTING PLAINTIFFS' MOTION FOR ALTERNATE SERVICE UPON DEFENDANT RYAN ALLEN (#6)

Plaintiffs move for alternative service to be made upon defendant Ryan Allen, proffering a process server's verified statements that personal service was attempted seven times, without success, at Allen's residential address of 1521 Georgetown Pkwy., Fenton, Michigan, 48430. Service upon an individual situated within this federal judicial district may be effected pursuant to the law of Michigan. Fed. R. Civ. P. 4(e)(1). Michigan law provides that "[o]n a showing that service of process cannot reasonably be made as provided by this rule, the court may by order permit service of process to be made in any other manner reasonably calculated to give the defendant actual notice of the proceedings and an opportunity to be heard." M.C.R. 2.105(I)(1). Plaintiffs seek alternate service by means of mailing by first class mail and posting a copy of the summons and complaint, civil cover sheet, and this Order at Allen's residence.

Plaintiffs' motion for alternate service is hereby GRANTED to the extent that

alternate service shall be accomplished by means of first class mail and certified mail (return receipt requested), as well as by posting a copy of the summons and complaint, civil cover sheet, and a copy of this Order at defendant Allen's residential address of 1521 Georgetown Pkwy., Fenton, Michigan, 48430.

SO ORDERED.

Dated: November 15, 2007

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on November 15, 2007, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk